NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND ROGERS, DOC #551259,       )
                                   )
            Appellant,             )
                                   )
v.                                 )
                                   )       Case No. 2D17-5135
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____    )

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Nancy Moate Ley, Judge.

Raymond Rogers, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.